IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRADLEY WILSON,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>   Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1346 and 1442, Defendant United States Postal Service ("USPS"), by and through undersigned counsel, hereby files the instant *Notice of Removal* of the above-captioned action to the United States District Court for the District of Maryland. In support thereof, USPS states as follows:

1. On November 22, 2022, Plaintiff Bradley Wilson filed this action captioned *Bradley Wilson v. United States Postal Service*, Case Number D-06-CV-22-020766, in the District Court of Maryland for Montgomery County. USPS received a copy of the *Complaint/Application and Affidavit in Support of Judgment* ("Complaint"), attached as Exhibit 1, and *Show Cause Order in Action of Replevin* ("SCO"), attached as Exhibit 2.

2. As of the date of filing of this *Notice or Removal*, the United States Attorney's Office for the District of Maryland has not been served with process in this action. The United States Attorney's Office received a copy of the Complaint and SCO from USPS on December 13, 2022.

3. In his Complaint, Plaintiff alleges that he "[d]id not receive final payment for 97.00 hours worked at the Post Office in 2022" for the pay period April 9, 2022, through April 19, 2022. Compl., Ex. 1.

4. The Federal district court has original and exclusive jurisdiction of this matter because Plaintiff named as the defendant a federal agency.

WHEREFORE, this action now pending in the District Court of Maryland for Montgomery County, Case Number D-06-CV-22-020766, is properly removed.

    Respectfully submitted,

    Erek L. Barron
    United States Attorney

By: _____
    Kelly M. Marzullo (Bar No. 28036)
    Assistant United States Attorney
    36 South Charles Street, 4th Floor
    Baltimore, Maryland 21201
    (410) 209-4956 (direct)
    (410) 962-2310 (fax)
    kelly.marzullo@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 15th day of December 2022, I caused to be served via U.S. mail, first class, postage prepaid, a copy of the foregoing *Notice of Removal* on Bradley Wilson, 1340 G Street, N.E, Washington, DC 20002, Plaintiff *pro se*.

_____
Kelly M. Marzullo
Assistant United States Attorney