# DISTRICT COURT OF MARYLAND FOR

**LOCATED AT (COURT ADDRESS):** 191 East Jefferson St. Rockville, MD 20850

**CASE NO.:** CV D-06-CV-22-020766

## PARTIES

**Plaintiff:** Bradley Wilson
1340 G. St. N.E
Washington D.C. 20002

**VS.**

**Defendant(s):**
1. United States Postal Service
10221 River Rd.
Potomac, MD. 20854
2. Serve on: Shirley Jackson

Serve by: ☑ Sheriff

*RECEIVED 2022 NOV 22 A 9:49 DISTRICT COURT CIVIL*

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☑ $5,000 or under  ☐ over $5,000  ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☑ replevin ☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor)

The particulars of this case are:

Did not receive final Payment for 97.00 hrs. Worked at the Post Office in 2022

Pay Period 4/9/22 - 4/19/22

(See Continuation Sheet)

☐ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims $ 5,000 , plus interest of $_____, interest at the ☐ legal rate ☐ contractual rate calculated at ____%, from _____ to _____ ( ___ days x $ _____ per day) and attorney's fees of $_____ plus court costs.

☐ Return of the property valued at $_____ and damages of $_____ for its detention in an action of replevin.

☐ Return of the property, or its value, $_____ and damages of $_____ for its detention in action of detinue.

☐ Other: _____

and demands judgment for relief.

**Signature of Plaintiff/Attorney/Attorney Code:** Bradley Wilson
**Printed Name:** Bradley Wilson
**Address:** 1340 G. St. NE. Washington D.C. 20002
**Telephone Number:** (305) 988-1224

**ATTORNEYS** For Plaintiff – Name, Address, Telephone Number & Code

### MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ Verified through DOD at: http://scra.dmdc.osd.mil/
☐ No defendant is in the military service. The facts supporting this statement are:_____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.

_____
Date

_____
Signature of Affiant

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☐ Other written document _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

_____
Date

_____
Signature of Affiant

DC-CV-001 (front) (Rev. 07/01/2021)